AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Efren Cecena-Cecena,<br>A088 356 079<br>_Defendant_ | )<br>)<br>)<br>)<br>)<br>)    Case No.   17-284 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about August 4, 2017, in the County of Pinal, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Efren Cecena-Cecena, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Del Rio, Texas, on or about February 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

I further state that I am a Border Patrol agent with U.S. Customs and Border Protection.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for SAUSA Ryan Goldstein

☒ Continued on the attached sheet.

_____
_Complainant's signature_

Ian C. Pope
U.S. Border Patrol Agent
_Printed name and title_

Sworn to before me and signed in my presence.

Date: _____ August 7, 2017 _____

_____
_Judge's signature_

City and state: _____ Phoenix, Arizona _____

Michelle H. Burns
United States Magistrate Judge
_Printed name and title_

## STATEMENT OF PROBABLE CAUSE

I, Ian C. Pope, being duly sworn, hereby depose and state as follows:

1. Your affiant is a United States Border Patrol agent.  I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 4, 2017, Border Patrol Agents H. Pfadt, J. Tullous Jr. and K. Clendaniel encountered an individual near Tat Momoli, in the District of Arizona.  The agents identified themselves as Border Patrol agents and performed an immigration inspection on the individual.  The individual, later identified as Efren Cecena-Cecena, admitted to being a citizen and national of a country other than the United States, unlawfully present in the United States.  Cecena-Cecena was transported to the Casa Grande Border Patrol Station for further processing.  Cecena-Cecena was held in administrative custody until his identity could be confirmed along with his immigration and criminal history.

3. Immigration history checks revealed Efren Cecena-Cecena to be a citizen of Mexico and a previously deported alien.  Cecena-Cecena was removed from the United States to Mexico through Del Rio, Texas, on or about February 14, 2014, pursuant to the reinstatement of a removal order issued by an immigration official.  There is no record

1

of Efren Cecena-Cecena in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal.   Cecena-Cecena's immigration history was matched to him by electronic fingerprint comparison.

4. On August 4, 2017, Efren Cecena-Cecena was advised of his constitutional rights. Cecena-Cecena freely and willingly acknowledged his rights and agreed to provide a statement under oath.  Cecena-Cecena stated that his true and complete name is Efren Cecena-Cecena and that he is a citizen of Mexico and of no other country.  Cecena-Cecena stated that he illegally entered the United States, at or near Lukeville, Arizona, on or about August 2, 2017, at around 6:00 a.m., without inspection by an immigration officer.  Cecena-Cecena further stated that he had been previously removed from the United States to Mexico and did not receive permission from the Secretary of the Department of Homeland Security to re-enter the United States after his removal.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about August 4, 2017, Efren Cecena-Cecena, an alien, was found in the United States of America, at or near Tat Momoli, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States, at or near Del Rio, Texas, on or about February 14, 2014, and not having obtained the express consent of the Secretary of the Department of Homeland Security

to reapply for admission thereto; in violation of Title 8, United States Code, Section

1326(a), a felony.


_____

Ian C. Pope
U.S. Border Patrol Agent


Sworn to and subscribed before me
this 7th day of August, 2017.

_____

Michelle H. Burns
United States Magistrate Judge

3